MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

JEFFREY L. SPARKS
ASSISTANT ATTORNEY GENERAL
CAPITAL LITIGATION SECTION
1275 WEST WASHINGTON
PHOENIX, ARIZONA 85007–2997
TELEPHONE: (602) 542–4686
CADocket@azag.gov
(STATE BAR NUMBER 027536)

ATTORNEYS FOR DEFENDANT

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Guardian News & Media LLC; The Associated Press; *The Arizona Republic*, a division of Phoenix Newspapers, Inc.; KPNX-TV Channel 12, a division of Multimedia Holdings Corporation; KPHO Broadcasting Corporation; and Star Publishing Company d/b/a *Arizona Daily Star,*<br><br>Plaintiffs,<br><br>-vs-<br><br>Charles L. Ryan, Director of the Arizona Department of Corrections,<br><br>Defendant. | No. 2:14–CV–02363–GMS<br><br>**NOTICE OF SERVICE**<br><br>Hon. G. Murray Snow |

Defendant hereby gives notice of service of Defendant's Supplemental Response to Plaintiffs' Requests for Production.

On September 28, 2015, Defendant delivered electronically Defendant's Supplemental Response to Plaintiffs' Requests for Production.

DATED this 28th day of September, 2015.

        Respectfully submitted,

        Mark Brnovich
        Attorney General

        John R. Lopez IV
        Solicitor General

        Lacey Stover Gard
        Section Chief Counsel

        s/Jeffrey L. Sparks
        Assistant Attorney General

        Attorneys for Defendant

| | |
|---|---|
| 1 | I hereby certify that on September 28, 2015, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: |
| 2 | |
| 3 | DAVID J. BODNEY |
| | CRAIG C. HOFFMAN |
| 4 | BALLARD SPAHR, LLP |
| | 1 East Washington Street, Suite 2300 |
| 5 | Phoenix, Arizona  85004–0555 |
| 6 | Attorneys for Plaintiffs |
| 7 | *Of Counsel:* |
| 8 | DAVID A. SCHULZ |
| | JONATHAN MANES |
| 9 | EMILY J. BARNET |
| | BENJAMIN W. GRAHAM |
| 10 | MEDIA FREEDOM AND INFORMATION ACCESS CLINIC |
| | Yale Law School |
| 11 | P.O. Box 208215 |
| | New Haven, CT 06520 |
| 12 | |
| 13 | s/Liz Gallagher |
| 14 | |
| 15 | 4642071 |

3