David J. Bodney (006065)
bodneyd@ballardspahr.com
Craig C. Hoffman (026017)
hoffmanc@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorneys for Plaintiffs*

*Of Counsel*:
David A. Schulz
dschulz@lskslaw.com
Jonathan Manes
Amanda Lynch (law student intern)
Lourdes Pantin (law student intern)
Ben Picozzi (law student intern)
Media Freedom and Information Access Clinic
Yale Law School
P.O. Box 208215
New Haven, CT  06520
Telephone:   203.432.9387
Facsimile:   203.432.3034

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Guardian News & Media LLC; The Associated Press; *The Arizona Republic*, a division of Phoenix Newspapers, Inc.; KPNX-TV Channel 12, a division of Multimedia Holdings Corporation; KPHO Broadcasting Corporation; and Star Publishing Company d/b/a *Arizona Daily Star*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Charles L. Ryan, Director of the Arizona Department of Corrections,<br><br>　　　　Defendant. | NO. 2:14-cv-02363-GMS<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>Assigned to the Hon. G. Murray Snow |

Pursuant to the Court's Case Management Order of January 13, 2015, the parties in the above captioned case submit the following Report:

1. The parties engaged in good faith settlement talks on September 25, 2015.

DMWEST #11800380 v1

2. The parties were unable to reach a settlement.

3. The parties do not believe assistance from the Court would result in a settlement.

DATED this 5th day of October, 2015.

By: /s/ Craig C. Hoffman
    David J. Bodney
    Craig C. Hoffman
    Ballard Spahr LLP
    1 East Washington Street, Suite 2300
    Phoenix, AZ  85004-2555
    *Attorneys for Plaintiffs*

By: /s/ Jeffrey Sparks (by C. Hoffman w/permission)
    Jeffrey Sparks
    Arizona Attorney General's Office
    1275 West Washington Street
    Phoenix, AZ  85007
    jeffrey.sparks@azag.gov
    *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to all registered parties this 5th day of October, 2015:

s/ Catherine M. Weber

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400