David J. Bodney (006065)
Craig C. Hoffman (026017)
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Tel: (602) 798-5400
Fax: (602) 798-5595
Email: bodneyd@ballardspahr.com
Email: hoffmanc@ballardspahr.com

David A. Schulz, *pro hac vice*
John Langford, *pro hac vice*
Allison Douglis (law student intern)
Meenakshi Krishnan (law student intern)
Delbert Tran (law student intern)
Regina Wang (law student intern)
MEDIA FREEDOM AND
   INFORMATION ACCESS CLINIC
P.O. Box 208215
New Haven, CT 06520
Tel: (203) 432-9387
Fax: (203) 432-3034
Email: dschulz@lskslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Guardian News & Media LLC, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> Charles L. Ryan, <br><br>   Defendant. | NO. 2:14-cv-02363-GMS <br><br> **PLAINTIFFS' NOTICE OF READINESS FOR FINAL PRETRIAL CONFERENCE** <br><br> Assigned to the Hon. G. Murray Snow |

Pursuant to this Court's Case Management Order, ECF No. 31 ¶ 10, and Rule 16 of the Federal Rules of Civil Procedure, Plaintiffs, Guardian News & Media LLC, Associated Press, *The Arizona Republic*, KPNX-TV Channel 12, KPHO Broadcasting Corporation, and *The Arizona Daily Star*, through their undersigned counsel, hereby notify the Court, that they are ready for the scheduling of a final pretrial conference. Plaintiffs request that the Court not schedule the Conference earlier than the third week of February, 2017, so

that the parties may confer to streamline the resolution of this matter, to the extent possible. Additionally, Plaintiffs respectfully request that counsel from the Media Freedom and Information Access Clinic be permitted to participate in the final pretrial conference telephonically as permitted by Local Rule of Civil Procedure 7.2(h).

RESPECTFULLY SUBMITTED this 28th day of December 2016.

By: /s/ Craig C. Hoffman

David J. Bodney (006065)
Craig C. Hoffman (026017)
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Tel: (602) 798-5400
Fax: (602) 798-5595
Email: bodneyd@ballardspahr.com

David A. Schulz, *pro hac vice*
John Langford, *pro hac vice*
Allison Douglis (law student intern)
Meenakshi Krishnan (law student intern)
Delbert Tran (law student intern)
Regina Wang (law student intern)
MEDIA FREEDOM AND
    INFORMATION ACCESS CLINIC
P.O. Box 208215
New Haven, CT 06520
Tel: (203) 432-9387
Fax: (203) 432-3034
Email: dschulz@lskslaw.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to all registered parties this 28th day of December, 2016.

s/ Catherine M. Weber

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400