# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guardian News & Media LLC, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> Charles L. Ryan, et al., <br><br>  Defendants. | No. CV-14-02363-PHX-GMS <br><br> **ORDER SETTING TRIAL** |

A Final Pretrial Conference was held on March 3, 2017. Counsel appeared on behalf of Plaintiff and Defendant. On the basis of the parties' written submissions and the hearing,

**IT IS HEREBY ORDERED:**

1. Trial in this matter shall begin on **July 25, 2017 at 9:00 a.m.**

2. The trial shall last **2 days** (**July 25, 26, and if necessary, the afternoon of the 27th**). Plaintiffs shall be allotted **7 hours** of trial time and Defendants shall be allotted **5 hours** of trial time. The Court will keep track of each side's time. Opening and closing statements, direct examination, and cross-examination shall be counted against the parties' allotted time.

3. The parties' proposed final pretrial order was approved by the Court as the final pretrial order in this case. The order shall govern the presentation of evidence and other trial issues, and, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, shall be modified only to prevent manifest injustice. Evidence, objections, legal

1   arguments, and relief not requested or identified in the order shall not be available at trial,
2   except to prevent manifest injustice.
3       Dated this 3rd day of March, 2017.

*[signature]*

Honorable G. Murray Snow
United States District Judge