**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL TRIAL MINUTES - GENERAL**

Phoenix Division

CV 14-2363-PHX-GMS____ DATE: 7/25/17
Year Case No Initials

HON: G. Murray Snow______

Caption: Guardian News & Media, LLC, et al. v. Charles L. Ryan, et al.______

Deputy Clerk: _Kathleen Zoratti__ Court Reporter: _Charlote Powers__

Plaintiff(s) counsel: _John Langford, David Schulz and David Bodney__
Defendant(s) counsel: _Jeffrey Sparks_

==================================================================

**PROCEEDINGS: __Jury Trial _X_Court Trial ___ Voir Dire ___Jury Sworn**

Trial Day #__1__

9:14 a.m. Trial convenes. Opening statements. Plaintiffs' case. Dr. David B. Waisel is sworn and testifies. Exhibits 1-42 admitted. 10:32 a.m. Recess.

10:50 a.m. Reconvene. Dr. David B. Waisel resumes the stand and testifies further. Witness excused. Dr. James H. Ruble is sworn and testifies. 11:58 a.m. Recess.

1:04 p.m. Reconvene. Dr. James H. Ruble resumes the stand and testifies further. Witness excused. Plaintiffs rest. Defendants' case. Carson McWilliams is sworn and testifies. Exhibit 43 is marked for identification and admitted. Witness excused. Defendants rest. Argument presented. Simultaneous briefing as set forth on the record, limited to 10 pages per side, due by 8/15/17.

4:55 p.m. Trial concludes.

Time in Court: 6 hr. 17 min.