X FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☑ Non-Jury Trial ☐ Jury Trial

Case Number 14-02363 Judge Code GMS Date 07/25/17

Guardian News & Media LLC, et al., vs. Ryan, et al.

☑ Plaintiff/Petitioner ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | 7-25-17 | Department Order 710 (Jan. 11, 2017) |
| 2 | | \| | Table of state lethal injection/shield statutes |
| 3 | | \| | Table of all lethal injection executions |
| 4 | | \| | State execution drug source disclosures and table thereof, 01/2011-12/2016 |
| 5 | | \| | Waisel Expert Report and Exhibits |
| 6 | | \| | [Proposed] Ruble Export Report and Exhibits |
| 7 | | \| | Banner Expert Report and Exhibits |
| 8 | | \| | Christianson Expert Report and Exhibits |
| 9 | | 7-25-17 | Sarat Expert Report and Exhibits |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☑ Non-Jury Trial ☐ Jury Trial

Case Number 14-02363 Judge Code GMS Date 07/25/17

Guardian News & Media LLC, et al., vs. Ryan, et al.

☑ Plaintiff/Petitioner ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 10 | | 7-25-17 | Proposed Nebraska Execution Protocol |
| 11 | | | Adopted Nebraska Execution Protocol |
| 12 | | | Defendants' Responses to Plaintiffs' Requests for Admission |
| 13 | | | Defendants' Answers to Plaintiffs' First Set of Interrogatories to Defendants |
| 14 | | | Department Order 710 (Mar. 26, 2014) |
| 15 | | | Policy Summary Sheet |
| 16 | | | ADC Assessment and Review of Wood Execution, dated Dec. 15, 2014 |
| 17 | | | Wood Execution Log |
| 18 | | 7-25-17 | Wood Execution Submission of Drugs for Scientific Analysis |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☑ Non-Jury Trial ☐ Jury Trial

Case Number 14-02363 Judge Code GMS Date 07/25/17

Guardian News & Media LLC, et al., vs. Ryan, et al.

☑ Plaintiff/Petitioner ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 19 | | 7-25-17 | Wood Execution Scientific Examination Report |
| 20 | | | Wood Execution Inspector General Report |
| 21 | | | Email exchange between Dream Pharma Ltd. representative and Charles Flanagan, dated Sept. 24, 2010 |
| 22 | | | Email exchange reflecting Associated Press records request, dated |
| 23 | | | Email exchange reflecting Guardian records request |
| 24 | | | Memoranda summarizing witness accounts of Wood execution |
| 25 | | | Defendants' Response to Plaintiffs' First Set of Requests for Production to Defendants |
| 26 | | | Declaration of Astrid Galvan |
| 27 | | 7-25-17 | Astrid Galvan, A.P. Reporter's Account of Arizona Execution, Associated Press (July 24, 2014, 10:44 AM), http://www.sandiegouniontribune.com/sdut-ap-reporters-account-of-arizona-execution-2014jul24-story.html. |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☑ Non-Jury Trial ☐ Jury Trial

Case Number 14-02363 Judge Code GMS Date 07/25/17

Guardian News & Media LLC, et al., vs. Ryan, et al.

☑ Plaintiff/Petitioner ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 28 | | 7-25-17 | Astrid Galvan, Arizona Inmate Was Injected 15 Times During Execution, Associated Press (Aug. 2, 2014), https://www.bostonglobe.com/news/nation/2014/08/02/arizona-inmate-was-injected-times-during-execution/1FEZj8Zx74bm9p8fSzgeRK/story.html. |
| 29 | | │ | Department Order 710 (Oct. 23, 2015) |
| 30 | | │ | Letters from Charles Ryan to Dale Baich regarding drugs planned for use in executions, dating from Feb. 3, 2012 to May 6, 2014 |
| 31 | | │ | Pick tickets, invoices, credit/return authorization, purchase orders, and email regarding Arizona's lethal injection drugs |
| 32 | | │ | Assessment and Review of ADC Execution Protocols (Dec. 15, 2014) |
| 33 | | │ | Public Records Request from ACLU of Arizona dated September 17, 2013 |
| 34 | | │ | Letter from Hospira to Governor Brewer dated Oct. 18, 2013 |
| 35 | | │ | Email exchange from Doug Nick, ADC Communications Director, dated October 11, 2013 |
| 36 | | 7-25-17 | ADC Training Log and Description of Simulations Performed |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☑ Non-Jury Trial ☐ Jury Trial

Case Number 14-02363 Judge Code GMS Date 07/25/17

Guardian News & Media LLC, et al., vs. Ryan, et al.

☑ Plaintiff/Petitioner ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 37 | | 7-25-17 | U.S. Pharmacopeial Convention Ch. 797 |
| 38 | | | FDA's Guidance for Industry: Curent Good Manufacturing Practice - Interim Guidance for Human Drug Compounding Outsourcing Facilities Under Section 503(B) of the FD&C Act. 79 Fed. Reg. 37743 (July 2, 2014) |
| 39 | | | Ariz. Admin. Code R4-23-670 Sterile Pharmaceutical Products, 2013 WL 2634459 |
| 40 | | | Records Request from Dale Baich to Karyn Klausner, dated Mar. 28, 2012 |
| 41 | | | Chemical Acquisition Timeline Prepared by ADC |
| 42 | | 7-25-17 | Department Order 710 (June 13, 2017) |
| 43 | | 7-25-17 | Cook v. FDA 733 F.3d 1 (D.C. Cir. 2013). |
| | | | |
| | | | |