X FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 25 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Guardian News & Media, LLC., et al.,
Plaintiffs,
vs.
Charles L. Ryan, et al.,
Defendants.

No. CV-14-02363-PHX-GMS

**MINUTE ORDER**

IT IS ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the Bench Trial which concluded on July 25, 2017, are returned to respective counsel.

Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

DATED this 25th day of July, 2017.

BRIAN D. KARTH,
District Court Executive/Clerk of Court

s/*Kathleen Zoratti*
Kathleen Zoratti,
Courtroom Deputy for Judge Snow

______________________ Plaintiffs' counsel/representative signature

______________________ Defendants' counsel/representative signature